MARY MARINELLO, Appellant, v. WILLARD S. GLEASON and EDWARD F. GLEASON, Respondents.— Judgment affirmed, with costs. Memorandum: The evidence presented fair questions of fact both as to the negligence of the defendants and the contributory negligence of the plaintiff and we are of the opinion that the verdict was not contrary to the weight of the evidence. All concur. (The judgment is for defendants in an automobile negligence action.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

CHARLES MARINELLO, Appellant, v. WILLARD S. GLEASON and EDWARD F. GLEASON, Respondents.— Judgment affirmed, with costs. (See memorandum filed in companion case of *Mary Marinello* v. *Gleason, ante,* p. 855, decided here-

with.)  All concur.  (The judgment is for defendants in an automobile negligence action.)  Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.